# Exhibit A

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER
*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

July 17, 2006

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Wilmington Finance
A division of AIG Federal Savings Bank
501 Office Center Drive
Suite 400
Ft. Washington, PA 19034

Wilshire Credit Corp.
PO Box 8517
Portland, OR 97207

**Re: Notice of Rescission by Tiffany D. Lang of 78 Dexter Road, North Scituate, RI 02857, Loan Number: 5000005168; Closing Date: 11/08/2005**

To Whom It May Concern:

I represent Tiffany D. Lang concerning the mortgage loan transaction she and her brother entered into with Wilmington Finance, a division of AIG Federal Savings Bank on November 8, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act (TILA), 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Tiffani D. Lang was not given her own separate notice of right to cancel and other material disclosures in violation of the TILA. Accordingly, my client maintains and now exercises her extended right to rescind the above referenced transaction.

The security interest held by Wilmington Finance on the Lang's property located at 78 Dexter Road, North Scituate, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Tiffani D. Lang**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

cc: Tiffani D. Lang
Nicholas Barrett