# Exhibit B

# BUCKLEY KOLAR LLP

Buckley Kolar LLP
Attorneys at Law
1250 24th Street NW, Suite 700
Washington, DC 20037
Ph: 202.349.8000
Fax: 202.349.8080

August 22, 2006

Christopher M. Lefebvre
Family and Consumer Law Center
P.O. Box 479
Pawtucket, RI 02862

**Re: Tiffani D. Lang Purported Rescission**

Dear Mr. Lefebvre:

My firm represents AIG Federal Savings Bank.

We are in receipt of your letter dated July 17, 2006 purporting to rescind the loan of Tiffani D. Lang. As I noted in my voice mail to you several weeks ago, her loan is not rescindable.

In your letter purporting to rescind her loan, you claim that she did not receive her notice of her right to rescind her loan. Attached hereto is a copy of her acknowledgement of her receipt of two copies of the notice, along with copies of her signed TILA disclosure (which includes the other material disclosures under 12 C.F.R. 226.23) and a notarized name affidavit establishing that her signatures on the prior referenced documents are genuine. As a result, notwithstanding the statement in your letter to the contrary, both her loan and the security interest of the noteholder in the security property remain valid and enforceable.

If you have any questions, please do not hesitate to call me at 202-349-8030 or my partner Matthew Previn at 202-349-8090.

Very truly yours

Jeffrey P. Naimon

Cc: Matthew P. Previn, Esq.
Melissa Robins, AIG Bank

Attachments