# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIFFANY D. LANG<br>Plaintiff<br><br>v.<br><br>WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK,<br>Defendant | C.A. No. 06-408 |

## STIPULATIION

Now come the parties and agree that Defendant may have an extension of time, up to and including November 17, 2006, in which to answer or otherwise respond to Plaintiff's Complaint.

TIFFANY D. LANG

By Her Attorneys,

CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre (# 4019)
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

WILMINGTON FINANCE, A DIVISION
OF AIG FEDERAL SAVINGS BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell _____
Charles A. Lovell (# 4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (FAX)

CERTIFICATION

I hereby certify that on this 6th day of October 2006, I mailed a copy of the within Stipulation to Christopher M. Lefebvre, Esq., Claude Lefebvre, Christopher Lefebvre, P.C., P.O. Box 479, Pawtucket, RI 02862

/s/ Charles A. Lovell______________
Charles A. Lovell