UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIFFANY D. LANG<br>Plaintiff | : | |
| vs. | : | C.A. No. 06-408S |
| WILMINGTON FINANCE A DIVISION OF AIG FEDERAL SAVINGS BANK<br>Defendant | : | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **JOHN LANG**
**DATE:** **Tuesday, March 27, 2007**
**TIME:** **3:00 p.m.**

Please take notice that pursuant to Super. Ct. R. Civ. P. 30, the defendant in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI before a Notary Public commissioned in the State of Rhode Island.

WILMINGTON FINANCE, INC., as
Assignee of WILMINGTON FINANCE,
A DIVISION OF AIG FEDERAL
SAVINGS BANK
By its Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on March 21, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Christopher M. Lefebvre, Esq., Clbankrupt@aol.com, will receive notice through the ECF system.

/s/Patricia A. Buckley