UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIFFANY D. LANG | : | |
| | : | |
| vs. | : | C.A. No. 06-408 S |
| | : | |
| WILMINGTON FINANCE A DIVISION OF AIG FEDERAL SAVINGS BANK | : | |

DISMISSAL STIPULATION

This matter is hereby dismissed with prejudice, no interest, no costs.

TIFFANY D. LANG
By her attorneys
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, P.C.

/s/ Christopher M. Lefebvre____________
Christopher M. Lefebvre, #4019
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)
lefeblaw@aol.com

WILMINGTON FINANCE A DIVISION
OF AIG FEDERAL SAVINGS BANK
By its Attorneys,
CARROLL KELLY & MURPHY

/s/ Patricia A. Buckley__________________
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on May 3, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Christopher M. Lefebvre, Esq., Clbankrupt@aol.com, will receive notice through the ECF system.

/s/Patricia A. Buckley